**FILED**

December 5, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v.  ) <br> ) <br> RAJDEEP SINGH, ) <br> ) <br> Defendant. ) | Case No. MAG. 08-0426-KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RAJDEEP SINGH, Case No. MAG. 08-0426-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $150,000.00

    ___ Unsecured Appearance Bond

    _X_ Appearance Bond with Surety

    _X_ (Other) Conditions as previously stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/5/08  at 3:25pm.

By _____
Edmund F. Brennan
United States Magistrate Judge