| | |
|---|---|
| 1 | **JAMES R. GREINER, ESQ.** |
| | CALIFORNIA STATE BAR NUMBER 123357 |
| 2 | **LAW OFFICES OF JAMES R. GREINER** |
| | 555 UNIVERSITY AVENUE, SUITE 290 |
| 3 | SACRAMENTO, CALIFORNIA 95825 |
| | TELEPHONE: (916) 649-2006 |
| 4 | FAX: (916) 920-7951 |
| 5 | ATTORNEY FOR DEFENDANT |
| | HARDEEP SINGH |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG.NO.S-08-0426-KJM |
| PLAINTIFF, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO CONTINUE THE |
| | ) | PRELIMINARY HEARING TO |
| HARDEEP SINGH, et al., | ) | THURSDAY MARCH 26, 2009 |
| DEFENDANTS. | ) | |
| _____ | ) | |

The Untied States of America, by the United States Attorney's Office for the Eastern District of California, represented by Assistant United States Attorney, Mr. Jason Hitt, and the defendant RAJDEEP SINGH, represented by Mr. Johnny L. Griffin, defendant HARDEEP SINGH, represented by Mr. James R. Greiner, and defendant SURINDER PAL SINGH, represented by Mr. Mark Reichel, agree and stipulate that the preliminary hearing date presently scheduled for Thursday, January 22, 2009, can be vacated from the Court's calendar and re-set for Thursday, March 26, 2009, at 2:00 p.m..

The parties agree and stipulate that pursuant to Federal Rule of Criminal Procedure, Rule 5.1 (d), good cause exists to continue the preliminary hearing as both the government and the defendants are in good faith hold discussions on possible resolution of this case prior to the filing of any federal Indictment being filed or the

1

holding of any preliminary hearing. Should the parties good faith discussions prove fruitful, this will save and conserve valuable public resources of both this Court and the United States Attorneys' Office, which then could be put to use serving the public interest and needs on other matters. All parties are mindful of the public right to promptly dispose of criminal matters, however, the parties are more keenly aware of the particular and specific facts and circumstances of this case which support this good faith request to continue the preliminary hearing date, taking into account the totality of the circumstances and the case.

Respectfully submitted,

                                          LARRY BROWN
                                          ACTING UNITED STATES ATTORNEY

                                          /s/ Jason Hitt by in person authorization

DATED: 1-15-09

                                          JASON HITT
                                          ASSISTANT UNITED STATES ATTORNEYS

DATED: 1-15-09            /s/ Johnny L. Griffin by in person authorization

                                          JOHNNY L. GRIFFIN
                                          ATTORNEY FOR DEFFNDANT RAJDEEP SINGH

DATED: 1-15-09            /a/ Mark Reichel by telephone authorization

                                          MARK REICHEL
                                          ATTORNEY FOR DEFEDANT
                                          SURINDER PAL SINGH

DATED: 1-15-09            /s/ James R. Greiner

                                          JAMES R. GREINER
                                          ATTORNEY FOR DEFENDANT
                                          HARDEEP SINGH

ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.[1]

DATED: January 20, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
MAGISTRATE JUDGE FOR THE
EASTERN DISTRICT OF CALIFORNIA

singh426.ord

---

[1] The court notes that the parties have not requested any tolling under the Speedy Trial Act.